UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br> Plaintiff, <br> vs. <br> ECOPY, INC., <br> Defendants. | Case No. C.A. No. 3:08-cv-04227 <br><br> **ORDER GRANTING WITHDRAWAL OF ATTORNEY** |

IT IS HEREBY ORDERED THAT the Withdrawal of A. Eric Bjorgum is granted, subject to the terms and conditions of Civil L.R. 11-5.

Dated:   December 5, 2008

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE