RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
TERRY KEARNEY, State Bar No. 160054
tkearney@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER (*Pro Hac Vice*)
ctyler@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone:    (512) 338.5400
Facsimile:    (512) 338.5499

**Attorneys for Plaintiff in Case No. C 08-04227**
NUANCE COMMUNICATIONS, INC.

Salvatore Picariello (State Bar No. 190442)
picariellos@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California  92614
Telephone: 949.567.3500
Facsimile: 949.863.0151

Robert M. Kunstadt (*Pro Hac Vice*)
Ilaria Maggioni (*Pro Hac Vice*)
Mail@RKunstadtPC.com
**R. KUNSTADT, P.C.**
875 Sixth Avenue, Suite 1800
New York, NY  10001
Telephone: (212) 398-8881
Facsimile: (212) 398-2922

**Attorneys for Plaintiff in Case No. C 08-4942**
IMAGE RECOGNITION INTEGRATED
SYSTEMS, INC. d/b/a I.R.I.S. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | ) Case No.: C 08-04227 JSW-MEJ |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| | ) **STIPULATED MOTION FOR** |
| v. | ) **SETTING CASE SCHEDULE** |
| ECOPY, INC., | ) |
| Defendant. | ) |

| | |
|---|---|
| IMAGE RECOGNITION INTEGRATED SYSTEMS, INC. d/b/a  I.R.I.S. INC., | ) Case No.: C 08-04942 JSW-MEJ |
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| | ) **STIPULATED MOTION FOR** |
| v. | ) **SETTING CASE SCHEDULE** |
| NUANCE COMMUNICATIONS, INC., | ) |
| Defendant. | ) |

1

1    Considering the Parties' STIPULATED MOTION FOR SETTING CASE SCHEDULE,

2    filed on February 20, 2009, and pursuant to the Court's Civil Minute Order dated February 13,

3    2009, IT IS HEREBY ORDERED THAT the following schedule is set for these cases:

| Schedule | Deadline |
|---|---|
| Deadline for Nuance to File Amended Pleading; and Nuance's Infringement Contentions and Claim Charts and related disclosures: | April 3, 2009 |
| Defendants' Invalidity Contentions, Charts of Invalidity and related disclosures (including Disclosure of Source Code): | May 18, 2009 |
| Serve Lists of Disputed Claim Terms: | June 2, 2009 |
| Exchange Proposed Claim Constructions: | June 22, 2009 |
| Request for Leave to Designate Additional Terms for Construction: | July 3, 2009 |
| Joint Claim Construction and Prehearing Statement: | July 17, 2009 |
| Complete Claim Construction Discovery: | August 17, 2009 |
| Nuance's Opening Brief: | August 31, 2009 |
| Defendants' Opposition Brief: | September 14, 2009 |
| Nuance's Reply Brief: | September 23, 2009 |
| File Amended Final Joint Claim Construction Statement for Remaining Disputed Terms: | September 23, 2009 |
| Tutorial Re Technologies At Issue: | ~~September 30, 2009~~ October 21, 2009 at 1:30 p.m. |
| Markman Hearing: | ~~October 7, 2009~~ October 28, 2009 at 1:30 p.m. |

DATED: February 23, 2009

_Jeffrey S White_

UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE

2