| | |
|---|---|
| RON E. SHULMAN, State Bar No. 178263<br>rshulman@wsgr.com<br>TERRY KEARNEY, State Bar No. 160054<br>tkearney@wsgr.com<br>JULIE M. HOLLOWAY, State Bar No. 196942<br>jholloway@wsgr.com<br>S. MICHAEL SONG State Bar No. 198656<br>msong@wsgr.com<br>TUNG-ON KONG, State Bar No. 205871<br>tkong@wsgr.com<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>M. CRAIG TYLER (*Pro Hac Vice*)<br>ctyler@wsgr.com<br>**WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, Texas 78746-5546<br>Telephone: (512) 338.5400<br>Facsimile: (512) 338.5499<br><br>**Attorneys for Plaintiff in Case No. C 08-04227**<br>NUANCE COMMUNICATIONS, INC. | Salvatore Picariello (State Bar No. 190442)<br>picariellos@pepperlaw.com<br>**PEPPER HAMILTON LLP**<br>4 Park Plaza, Suite 1200<br>Irvine, California 92614<br>Telephone: 949.567.3500<br>Facsimile: 949.863.0151<br><br>Robert M. Kunstadt (*Pro Hac Vice*)<br>Ilaria Maggioni (*Pro Hac Vice*)<br>Mail@RKunstadtPC.com<br>**R. KUNSTADT, P.C.**<br>875 Sixth Avenue, Suite 1800<br>New York, NY 10001<br>Telephone: (212) 398-8881<br>Facsimile: (212) 398-2922<br><br>**Attorneys for Plaintiff in Case No. C 08-4942**<br>IMAGE RECOGNITION INTEGRATED<br>SYSTEMS, INC. d/b/a I.R.I.S. INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ECOPY, INC.,<br><br>    Defendant. | Case No.: C 08-04227 JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE CASES** |
| IMAGE RECOGNITION INTEGRATED SYSTEMS, INC. d/b/a I.R.I.S. INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>NUANCE COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No.: C 08-04942 JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE CASES** |

1   Considering the Parties' STIPULATED MOTION TO CONSOLIDATE CASES, filed on
2   February 27, 2009, IT IS HEREBY ORDERED THAT the cases *Nuance Communications, Inc. v.*
3   *eCopy, Inc.,* C 08-04227-JSW, and *Image Recognition Integrated Systems, Inc. d/b/a I.R.I.S. Inc.*
4   *v. Nuance Communications, Inc.,* C 08-04942 JSW are consolidated for all purposes including
5   trial.
6   The new case caption for the consolidated cases will be: *Nuance Communications, Inc. v.*
7   *eCopy, Inc., and Consolidated Case*, C 08-04227-JSW Consolidated With C 08-04942 JSW.

DATED: __March 2, 2009__

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE