IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | |
|     Plaintiff, | No. C 08-04227 JSW |
| v. | |
| ECOPY, INC., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STRIKE** |
|     Defendant. | |

This matter is set for a hearing on June 5, 2009 on Defendant eCopy, Inc.'s motion to strike. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 1, 2009 and a reply brief shall be filed by no later than May 8, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 16, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE