RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER (*Pro Hac Vice*)
ctyler@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338.5400
Facsimile: (512) 338.5499

**Attorneys for Plaintiff in Case No. C 08-04227**
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECOPY, INC. et al. <br><br> Defendants. <br><br> AND CONSOLIDATED CASE | Case No.: C 08-04227 JSW MEJ <br> Consolidated with C 08-04942 JSW MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1

**Stipulation and [Proposed] Order Selecting ADR Process - Case Nos.: 3:08-cv-4227 JSW-MEJ; 3:08-cv-4942 JSW-MEJ**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: All the parties agree to jointly participate in the following ADR process:

**Private Process:**

Private ADR process of mediation by mediator Antonio Piazza.

The parties agree to hold an ADR session as soon as Markman Hearing is completed, or within 7 days thereof, or as soon thereafter as Mr. Piazza's schedule allows.

This Stipulation and [Proposed] Order Selecting ADR Process supersedes the Stipulation and [Proposed] Order Selecting ADR Process previously submitted by eCopy and Nuance in Case No. C 08-04227 JSW-MEJ on January 23, 2009.

Dated: July 2, 2009                WILSON SONSINI GOODRICH & ROSATI

By: ____/s/ Tung-On Kong_____
            Tung-On Kong

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Plaintiff*
*NUANCE COMMUNICATIONS, INC.*

| | | |
|---|---|---|
| 1 | Dated: July 2, 2009 | Salvatore Picariello |
| 2 | | PEPPER HAMILTON LLP<br>4 Park Plaza, Suite 1200 |
| 3 | | Irvine, California 92614 |
| 4 | | By: ____/s/ William D. Belanger____ |
| 5 | | William D. Belanger (*Pro hac vice*)<br>Alison L. McCarthy (*Pro hac vice*) |
| 6 | | PEPPER HAMILTON LLP<br>15th Floor, Oliver Street Tower |
| 7 | | 125 High Street<br>Boston, MA 02110 |
| 8 | | ***Attorneys for Defendant***<br>***ECOPY, INC.*** |
| 9 | | |
| 10 | Dated: July 2, 2009 | Salvatore Picariello, Esq. |
| 11 | | PEPPER HAMILTON LLP<br>4 Park Plaza, Suite 1200 |
| 12 | | Irvine, California 92614<br>Telephone: (949) 567-3500 |
| 13 | | Facsimile: (949) 863-0151 |
| 14 | | By: _____/s/ Robert M. Kunstadt_____ |
| 15 | | Robert M. Kunstadt (*Pro Hac Vice*)<br>Ilaria Maggioni (*Pro Hac Vice*) |
| 16 | | R. KUNSTADT, P.C.<br>875 Sixth Avenue, Suite 1800 |
| 17 | | New York, NY 10001<br>Telephone: (212) 398-8881 |
| 18 | | Facsimile: (212) 398-2922 |
| 19 | | |
| 20 | | ***Attorneys for Plaintiff in Case No. C 08-4942***<br>***IMAGE RECOGNITION*** |
| 21 | | ***INTEGRATED SYSTEMS, INC.***<br>***d/b/a I.R.I.S. INC.*** |

[PROPOSED] ORDER

The captioned matter cases are hereby referred to Private ADR. The ADR session is to be held as soon as Markman Hearing is completed, or within 7 days thereof, or as soon thereafter as Mr. Piazza's schedule allows.

DATED: ___July 2, 2009___

*/s/ Jeffrey S. White*
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE

4

Stipulation and [Proposed] Order Selecting ADR Process - Case Nos.: 3:08-cv-4227 JSW-MEJ; 3:08-cv-4942 JSW-MEJ