# UNITED STATES DISTRICT COURT
## Northern District of California

NUANCE COMMUNICATIONS, INC.,

        Plaintiff(s),                  No. C 08-04227 JSW (MEJ)

  v.

ECOPY, INC.,                           **ORDER RE: INFRINGEMENT CONTENTION LETTER**

        Defendant(s).

_____/

The Court is in receipt of Defendant's letter, filed July 13, 2009, regarding Plaintiff's infringement contentions. As Defendant's letter fails to comply with the undersigned's discovery standing order, it shall not be considered. The parties are hereby ORDERED to meet and confer, and thereafter file a joint letter if a dispute remains.

**IT IS SO ORDERED.**

Dated: July 14, 2009

                                                _____
                                                Maria-Elena James
                                                Chief United States Magistrate Judge