UNITED STATES DISTRICT COURT

Northern District of California

NUANCE COMMUNICATIONS, INC.

                Plaintiff(s),            No. C 08-04227 MEJ

  v.

ECOPY, INC.

                Defendant(s).
_____/

**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On August 17 and 18, 2009, the parties electronically filed a discovery letter and appendix. (Dkt. ## 116, 117.) However, the parties have failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. The parties are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

    **IT IS SO ORDERED.**

Dated: August 20, 2009

                                                  _____
                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California