RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338.5400
Facsimile: (512) 338.5499

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECOPY, INC. et al. <br><br> Defendants, <br><br> AND CONSOLIDATED CASE. | Case No. C 08-04227 JSW MEJ <br> Consolidated with C 08-04942 JSW MEJ <br><br> [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AND VACATING OCTOBER 1, 2009 ORDER |

1  In consideration of plaintiff Nuance Communications, Inc. ("Nuance") and defendant
2  eCopy, Inc.'s ("eCopy") Stipulation for Dismissal Without Prejudice of all claims and
3  counterclaims, the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED,
4  ADJUDGED AND DECREED that all claims and counterclaims asserted in this action between
5  Nuance and eCopy are hereby DISMISSED WITHOUT PREJUDICE.
6  It is further ORDERED that all attorneys' fees and costs are to be borne by the party that
7  incurred them.
8  It is further ORDERED that the Order dated October 1, 2009 (Docket No. 119) is
9  VACATED.
10  PURSUANT TO STIPULATION, IT IS SO ORDERED.
11  Dated: October 28, 2009

*/s/ Jeffrey S. White*

UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE