# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br>             Plaintiff(s), <br>  v. <br>ECOPY, INC., <br><br>             Defendant(s). <br>_____/ | No. C 08-4227 JSW (MEJ) <br> Consolidated with C 08-4942 JSW (MEJ) <br><br>**ORDER RE: I.R.I.S' REQUEST FOR PARTIAL RECONSIDERATION OF DISCOVERY ORDER (DKT. #149)** |

The Court is in receipt of I.R.I.S.'s Request for Partial Reconsideration of this Court's April 1, 2010 *Order Re: Joint Discovery Dispute Letter*. (Dkt. #149.) In that Order, the Court stated as follows: "[h]owever, Plaintiff's offer to 'pay for a server and necessary hardware onto which the source code could be copied and maintained at the office of [Plaintiff's] U.S. outside counsel[,]' is well-taken." (Order 2:16-18, Dkt. #145.) I.R.I.S.'s Request brings to the Court's attention that the use of the term "Plaintiff's" in brackets appears to order that I.R.I.S.'s source code be produced at counsel for Nuance's office, rather than counsel for I.R.I.S.'s office.

The Court hereby amends it April 1, 2010 Order. Plaintiff Nuance Communications, Inc. is ORDERED to pay for a server and necessary hardware onto which the relevant source code shall be copied and maintained at the office of I.R.I.S.' U.S. outside counsel.

**IT IS SO ORDERED.**

Dated: April 8, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge