IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC.,

    Plaintiff,

No. C 08-04227 JSW

v.

ECOPY, INC.,

**ORDER RE INTENT TO APPOINT A SPECIAL MASTER**

    Defendant.

/

As set forth in the Court's oral ruling on Friday, April 9, 2010, the Court shall appoint a Special Master for the initial purpose of preparing a Report and Recommendation regarding the order of the patents, claims and terms to be adjudicated in this, and all related, matters. Pursuant to Federal Rule of Civil Procedure 53(a)(1)(C), this Order shall constitute notice to the parties of the Court's intention to appoint a Special Master. As the case progresses, the Special Master may take on further involvement as appropriate.

By no later than April 30, 2010, the parties shall submit a stipulation setting forth their designated Special Master or by no later than April 23, 2010, the parties shall submit a list of three potential candidates who are acceptable to the parties for the Court's final determination.

**IT IS SO ORDERED.**

Dated: April 12, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE