RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG, State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone:    (512) 338.5400
Facsimile:     (512) 338.5499

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECOPY, INC. et al., <br><br> Defendants. <br><br> AND CONSOLIDATED CASE. | Case No.: C 08-04227 JSW-MEJ <br> Consolidated With Case No.: C 08-04942 JSW-MEJ <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME** |

1

1  IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the
2 parties, pursuant to Civil L.R. 6-2 and subject to the Court's approval, that the time set for filing a
3 Stipulated Protective Order pursuant to the Court's Order dated April 1, 2010, be, and it hereby is,
4 extended by one (1) week from April 22, 2010 to and including APRIL 29, 2010, to permit the
5 parties to finalize the form of the protective order.
6  As ordered by the Court, the parties have conferred in good faith to finalize the terms of a
7 protective order. The parties exchanged drafts. There are a few remaining issues that require
8 additional time to find mutually-agreeable resolution.
9  This is the first extension requested for this deadline. The extension is not anticipated to
10 materially impact the case schedule. This stipulation is made in good faith and without any intent
11 to cause delay or prejudice, but to allow the parties a reasonable opportunity to continue
12 negotiations to resolve their differences and permit finalization of a Stipulated Protective Order in
13 this case. The parties to this proceeding therefore request that the Honorable Court reset the
14 deadline for filing a Stipulated Protective Order for good cause shown herein.

Respectfully submitted,

Dated: April 22, 2010        WILSON SONSINI GOODRICH & ROSATI

By:/s/ _____
     M. Craig Tyler

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone:  (512) 338.5400
Facsimile:   (512) 338.5499

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

2

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
Case Nos.: C 08-04227 JSW; C 08-04942 JSW

| | |
|---|---|
| Dated: April 22, 2010 | Michael E. Dergosits<br>mdergosits@dergnoah.com<br>DERGOSITS & NOAH LLP<br>Three Embarcadero Center, Suite 410<br>San Francisco, CA 94111<br>Telephone: (415) 705-6377<br>Facsimile: (415) 705-6383 |
| | By: /s/ _____<br>Robert M. Kunstadt (*Pro Hac Vice*)<br>Ilaria Maggioni (*Pro Hac Vice*)<br>R. KUNSTADT, P.C.<br>875 Sixth Avenue, Suite 1800<br>New York, NY  10001<br>Telephone: (212) 398-8881<br>Facsimile: (212) 398-2922 |

***Attorneys for Plaintiff in Case No. C 08-04942***
IMAGE RECOGNITION INTEGRATED SYSTEMS, INC. d/b/a I.R.I.S. INC.
***and***
***Attorneys for Defendants in Case No. C 08-04227***
IMAGE RECOGNITION INTEGRATED SYSTEMS INC. d/b/a I.R.I.S. INC.,
IMAGE RECOGNITION INTEGRATED SYSTEMS S.A. d/b/a I.R.I.S. S.A., and
IMAGE RECOGNITION INTEGRATED SYSTEMS GROUP S.A. d/b/a I.R.I.S. GROUP S.A.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __April 26__, 2010

_____
**UNITED STATES DISTRICT JUDGE**
**MARIA-ELENA JAMES**

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
Case Nos.: C 08-04227 JSW; C 08-04942 JSW

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X**

I, Ilaria Maggioni, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

Dated: April 22, 2010

By: /s/ _____
    Ilaria Maggioni