1 | RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
2 | JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
3 | S. MICHAEL SONG, State Bar No. 198656
msong@wsgr.com
4 | TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
5 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
6 | 650 Page Mill Road
Palo Alto, CA 94304-1050
7 | Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
8 |
M. CRAIG TYLER, *Pro Hac Vice*
9 | ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
10 | Professional Corporation
900 South Capital of Texas Highway
11 | Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
12 | Telephone:      (512) 338.5400
Facsimile:       (512) 338.5499
13 |
Attorneys for Plaintiff
14 | NUANCE COMMUNICATIONS, INC.

15 | [Additional Counsel on Signature Page]

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | SAN FRANCISCO DIVISION

19 |

20 | NUANCE COMMUNICATIONS, INC.,       Case No.: C 08-04227 JSW-MEJ
                                          Consolidated With Case No.: C 08-04942 JSW-
21 |        Plaintiff,                     MEJ

22 |     v.

23 | ECOPY, INC. et al.,                  **JOINT STIPULATION AND [PROPOSED]
                                          ORDER EXTENDING TIME**
24 |        Defendants.

25 | AND CONSOLIDATED CASE.

26 |

27 |

28 |

1

1    Pursuant to the Court's Order of April 12, 2010, the parties in the above-captioned action

2  have conferred in good faith regarding appointment of a Special Master for the purpose of

3  preparing a Report and Recommendation regarding the order of the patents, claims and terms to be

4  adjudicated in this matter.

5    The parties evaluated eight potential candidates for this task. The parties believed to have

6  essentially narrowed them down close to a final selection of one joint candidate to submit to the

7  Court. Due to additional facts that need further investigation and came to light today, more time is

8  needed to verify those facts and coordinate joint appointment with the administratively related case

9  Nuance Communications, Inc. v. Abbyy USA Software House, Inc., et al. (No. C 08-2912). The

10  parties are hopeful to be in position to make a final selection by Tuesday April 27, 2010.

11    Counsel for the parties therefore hereby stipulate and agree, pursuant to Civil L.R. 6-2 and

12  subject to the Court's approval, that the time for reporting a final selection to the Court, be, and it

13  hereby is, extended from April 23, 2010 to and including APRIL 27, 2010, to permit the parties to

14  finalize their evaluation.

15    This is the first extension requested for this deadline. The extension is not anticipated to

16  materially impact the case schedule. This stipulation is made in good faith and without any intent

17  to cause delay or prejudice, but to allow the parties a reasonable opportunity to continue

18  investigations and permit appointment of a special master in this case. The parties to this

19  proceeding therefore request that the Honorable Court reset the above-mentioned deadline for good

20  cause shown herein.

21

22

23

24

25

26

27

28

2

1                          Respectfully submitted,

2

3 Dated: April 23, 2010          WILSON SONSINI GOODRICH & ROSATI

4                          By:/s/_____

5                               M. Craig Tyler

6                          WILSON SONSINI GOODRICH & ROSATI
                         Professional Corporation

7                          900 South Capital of Texas Highway
                         Las Cimas IV, Fifth Floor

8                          Austin, Texas 78746-5546
                         Telephone:   (512) 338.5400

9                          Facsimile:    (512) 338.5499

10                          Attorneys for Plaintiff
                         NUANCE COMMUNICATIONS, INC.

11

12

13 Dated: April 23, 2010          Michael E. Dergosits
                         mdergosits@dergnoah.com

14                          DERGOSITS & NOAH LLP
                         Three Embarcadero Center, Suite 410

15                          San Francisco, CA 94111
                         Telephone: (415) 705-6377

16                          Facsimile: (415) 705-6383

17                          By: /s/_____

18                          Robert M. Kunstadt (*Pro Hac Vice*)
                         Ilaria Maggioni (*Pro Hac Vice*)

19                          R. KUNSTADT, P.C.
                         875 Sixth Avenue, Suite 1800

20                          New York, NY  10001
                         Telephone: (212) 398-8881

21                          Facsimile: (212) 398-2922

22                          ***Attorneys for Plaintiff in Case No. C 08-04942***

23                          IMAGE RECOGNITION INTEGRATED
                         SYSTEMS, INC. d/b/a I.R.I.S. INC.

24                          *and*
                         ***Attorneys for Defendants in Case No. C 08-04227***

25                          IMAGE RECOGNITION INTEGRATED
                         SYSTEMS INC. d/b/a I.R.I.S. INC.,

26                          IMAGE RECOGNITION INTEGRATED
                         SYSTEMS S.A. d/b/a I.R.I.S. S.A., and

27                          IMAGE RECOGNITION INTEGRATED
                         SYSTEMS GROUP S.A. d/b/a I.R.I.S. GROUP S.A.

28

3

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.** There will not be a further extension of this deadline.

2   Dated: <u>April 26</u>    , 2010

3

4   _____

5   **UNITED STATES DISTRICT JUDGE**
    **JEFFREY S. WHITE**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4