IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ECOPY, INC.,<br><br>    Defendant.<br>_____/ | No. C 08-04227 JSW<br>No. C 08-04942 JSW<br><br>**ORDER ADOPTING RECOMMENDATION OF SPECIAL MASTER TO ADJUST SCHEDULE** |

The Court has reviewed Special Master Meredith Martin Addy's Recommendation to adjust the schedule and adopts it in every respect. Accordingly, the Court CONTINUES the scheduling dates as set forth in the Recommendation.

**IT IS SO ORDERED.**

Dated: May 10, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE