|   | Jeffrey White/CAND/09/USCOURTS<br>05/12/2010 09:15 AM | To | "Addy, Meredith" <maddy@brinkshofer.com> |
|---|---|---|---|
|   |   | cc | levangie@pepperlaw.com, mccartha@pepperlaw.com, chentschel@dykema.com, dpoon@wsgr.com, lkerska@wsgr.com, mevenson@wsgr.com, |
|   |   | bcc |   |
|   |   | Subject | Re: FW: Activity in Case 3:08-cv-04227-JSW Nuance Communications, Inc. v. eCopy, Inc. and Consolidated Case Letter |

Dear Ms Addy,

   I have reflected  the parties' letter to the Court dated May 11, 2010 and our telephone conversation of this morning about the conflicts waiver issue that has arisen after the Court appointed you as Special Master.  I have reluctantly decided as follows: For the reasons we discussed and for the  reasons set forth in the parties' letter dated May 11,  I cannot accept your continued  you as the Special Master in this case unless the parties are satisfied with the conflicts waiver language governing  your work in this case, i.e. unless your firm agrees to strike the disputed conflicts waiver language from your engagement letter.

Although this Court has the authority to require you to complete your service as Special Master subject to all  of the relevant  statutory and  ethical disqualification rules (ie without any prospective conflict waivers), I will not do so, as such action might create a difficult situation  for the parties in this case as well as for you vis-a-vis your law firm.

So as not to inconvenience the Court or the parties, I am asking for  a response from you by 5 PM Central Time.

As an aside I wish this issue could have been vetted with the parties before your name was provided to the court.

While I am sending a  cc of this email to all counsel, counsel may not respond to this communication via email to the court.

Jeffrey S. White

"Addy, Meredith" <maddy@brinkshofer.com>

|  | "Addy, Meredith"<br><maddy@brinkshofer.com><br>05/12/2010 07:58 AM | To | "'Jeffrey_White@cand.uscourts.gov'" <Jeffrey_White@cand.uscourts.gov> |
|---|---|---|---|
|   |   | cc | "Nwaokai, Bridget" <bnwaokai@brinkshofer.com> |
|   |   | Subject | FW: Activity in Case 3:08-cv-04227-JSW Nuance Communications, Inc. v. eCopy, Inc. and Consolidated Case Letter |

Dear Judge White:

I am available to discuss the parties' letter to you regarding my engagement letter if you would like, at your convenience.

Best regards, Meredith.

Meredith Martin Addy
312.321.4280 (direct)
312.320.4200 (cell)

**From:** ECF-CAND@cand.uscourts.gov [mailto:ECF-CAND@cand.uscourts.gov]
**Sent:** Tuesday, May 11, 2010 5:03 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:08-cv-04227-JSW Nuance Communications, Inc. v. eCopy, Inc. and Consolidated Case Letter

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Maggioni, Ilaria entered on 5/11/2010 3:02 PM and filed on 5/11/2010

| | |
|---|---|
| **Case Name:** | Nuance Communications, Inc. v. eCopy, Inc. and Consolidated Case |
| **Case Number:** | 3:08-cv-04227-JSW |
| **Filer:** | Image Recognition Integrated Systems, Inc. |
| | Image Recognition Integrated Systems Group, S.A. |

|                          | Image Recognition Integrated Systems S.A. |
|---|---|
| **Document Number:**     | 167 |

**Docket Text:**
**Letter from Nuance and I.R.I.S.** *Regarding Special Master's Engagement* **. (Maggioni, Ilaria) (Filed on 5/11/2010)**

**3:08-cv-04227-JSW Notice has been electronically mailed to:**

Aaron Levangie     levangie@pepperlaw.com

Alison L McCarthy     mccartha@pepperlaw.com

Craig N Hentschel     chentschel@dykema.com

Daisy Suet Yin Poon     dpoon@wsgr.com, lkerska@wsgr.com, mevenson@wsgr.com

Elise Marie Miller     emiller@wsgr.com

Gregory D Len     leng@pepperlaw.com

Ilaria Maggioni     mail@rkunstadtpc.com

Jeffrey G Sheldon     jeffrey.sheldon@usip.com

Julie M Holloway     jholloway@wsgr.com

Marvin Craig Tyler     ctyler@wsgr.com, nbolin@wsgr.com

Meredith Martin Addy     maddy@usebrinks.com

Michael E. Dergosits     mdergosits@dergnoah.com, choffman@dergnoah.com, tjoe@dergnoah.com

Michael L. Meeks     mmeeks@buchalter.com, bhsiao@buchalter.com, cdwyer@buchalter.com, rachelmoreno@buchalter.com

Robert Marvin Kunstadt     mail@rkunstadtpc.com

Ron E Shulman     rshulman@wsgr.com

Salvatore Picariello     picariellos@pepperlaw.com, belangerw@pepperlaw.com, jaragoss@pepperlaw.com, kingp@pepperlaw.com, murrays@pepperlaw.com, renaudm@pepperlaw.com

Seungtaik Michael Song     msong@wsgr.com, tnero@wsgr.com

Thomas Wade Lathram     Tom@SiliconEdgeLaw.com

Tung-On Kong     tkong@wsgr.com

William D. Belanger     belangew@pepperlaw.com

**3:08-cv-04227-JSW Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Luiz Von Paumgartten
Wilson Sonsini Goodrich & Rosati
900 South Capital of Texas Highway
Las Cimas IV
5th Floor
Austin, TX 78746-5546

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 100511 ixm final letter to jsw.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/11/2010] [FileNumber=6353877-0]
[0bfa48a9ec1563794e61a67457fac7896fe655a87e7b5947d4780ac6b978ffe075364
716d17b5b89027ceb77af069437e5373f1c312d5aaae15ecf71cecaa6dc]]