UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiffs, <br> v. <br> ECOPY, INC. *et. al*, <br><br> Defendants. <br> _____/ | No. C 08-4227 JSW (MEJ) <br> Consolidated with C 08-4942 JSW (MEJ) <br><br> **ORDER RE: DISPUTE RE STIPULATED PROTECTIVE ORDER (DKT. ## 164)** |

The Court is in receipt of the most recent joint discovery dispute letter filed by the parties on May 6, 2010. (Dkt. #164.) The sole dispute presented in this letter is whether the relevant source code shall be produced at I.R.I.S.' U.S. outside counsel's office in the San Francisco Bay Area or in New York. Following careful review of the parties' positions, the Court ORDERS that the relevant source code be produced at Dergostis and Noah LLP, I.R.I.S.' outside counsel in the San Francisco Bay Area. Plaintiff's arguments regarding the Bay Area locale are well-taken. First, the case itself is being litigated in this district, making it unnecessary for Plaintiff's counsel, who is located here, to incur travel expenses for repeated trips to New York. Second, I.R.I.S.' counsel will maintain control over the source code as it is being produced at its office pursuant to the security measures in in the Stipulated Protective Order. (Dkt. #164-1.) Third, the Court finds disingenuous I.R.I.S.' argument that the Court already ruled that production would be at the office of I.R.I.S.' New York counsel. Nowhere in the March 11, 2010 joint letter to the Court was the New York office even mentioned (Dkt. #144), and the Court never ruled on this specific issue (Dkt. ##145, 151). The issue has not previously been decided. Accordingly, I.R.I.S. is ORDERED to produce the relevant source code in the San Francisco Bay Area. The parties shall amend their Stipulated Protective Order accordingly.

**IT IS SO ORDERED.**

Dated: May 14, 2010                                    _____
                                                                            Maria-Elena James
                                                                            Chief United States Magistrate Judge