RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
TERRY KEARNEY, State Bar No. 160054
tkearney@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

M. CRAIG TYLER (*Pro Hac Vice*)
ctyler@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone:     (512) 338.5400
Facsimile:      (512) 338.5499

**Attorneys for Plaintiff**
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECOPY, INC. et al., AND CONSOLIDATED CASE <br><br> Defendants. | Case No.: C 08-04227 JSW MEJ <br> Consolidated with C 08-04942 JSW MEJ <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF NUANCE COMMUNICATIONS INC.'S REQUEST FOR WITHDRAWAL OF LUIZ VON PAUMGARTTEN AS ATTORNEY FOR PLAINTIFF. |

1

1  The Court, having considered the Request for Withdrawal of Plaintiff Nuance
2  Communications, Inc. ("Nuance") to withdraw Luiz von Paumgartten as Attorney for Nuance,
3  and for good cause appearing therein,

4  IT IS HEREBY ORDERED that Luiz von Paumgartten be withdrawn as attorney for
5  Nuance and that Mr. Paumgartten, at lpaumgartten@wsgr.com, be removed from the Court's
6  ECF e-mail service list for this matter. Wilson Sonsini Goodrich & Rosati remains counsel of
7  record for Nuance.

**IT IS SO ORDERED.**

Dated __May 28__, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

[~~P~~roposed] Order
Case Nos.: C 08-04227 JSW MEJ and C 08-04942 JSW MEJ