# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, Inc., <br><br>Plaintiff, <br><br>vs. <br><br>ECOPY, INC., <br><br>Defendant. | Case No. C.A. No. 3:08-cv-04227 <br><br>**ORDER GRANTING WITHDRAWAL OF ATTORNEY** |

IT IS HEREBY ORDERED THAT the Withdrawal of Michael Meeks, William D. Belanger, Alison McCarthy, Aaron Levangie, and Gregory Len of Pepper Hamilton LLP is granted, subject to the terms and conditions of Civil L.R. 11-5.

Dated: June 1, 2010

_____
United States District Judge
Jeffrey S. White

#12622129 v1