RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG, State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338.5400
Facsimile: (512) 338.5499

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECOPY, INC. et al., <br><br> Defendants. <br><br> AND CONSOLIDATED CASE. | Case No.: C 08-04227 JSW-MEJ <br> Consolidated With Case No.: C 08-04942 JSW-MEJ <br><br><br><br> **JOINT STIPULATION REGARDING JOINT LETTER AND [PROPOSED] ORDER** |

1

1    IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the
2  Court's approval, that:
3    Rulings made at the Case Management Conference today changed the posture of the case.
4  The parties need time to assess how these developments affect the issue of claim charts; and will
   apprise the Court should any further proceedings be needed on this issue.
5

6                                             Respectfully submitted,
7
8  Dated: July 2, 2010                        WILSON SONSINI GOODRICH & ROSATI
9
                                              By:/s/
10                                                   Daisy S. Poon

11                                            WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
12                                            650 Page Mill Road
                                              Palo Alto, CA   94304
13                                            Telephone:   (650) 493-9400
                                              Facsimile:   (650) 565-5100
14
                                              Attorneys for Plaintiff
15                                            NUANCE COMMUNICATIONS, INC.

16

17
   Dated: July 2, 2010                        Michael E. Dergosits
18                                            mdergosits@dergnoah.com
                                              DERGOSITS & NOAH LLP
19                                            Three Embarcadero Center, Suite 410
                                              San Francisco, CA 94111
20                                            Telephone: (415) 705-6377
                                              Facsimile: (415) 705-6383
21
                                              By: /s/
22
                                              Robert M. Kunstadt (*Pro Hac Vice*)
23                                            Ilaria Maggioni (*Pro Hac Vice*)
                                              R. KUNSTADT, P.C.
24                                            875 Sixth Avenue, Suite 1800
                                              New York, NY  10001
25                                            Telephone: (212) 398-8881
                                              Facsimile: (212) 398-2922
26

27                                            ***Attorneys for Plaintiff in Case No. C 08-04942***
                                              IMAGE RECOGNITION INTEGRATED
28
                                                    2

JOINT STIPULATION
Case Nos.: C 08-04227 JSW; C 08-04942 JSW

SYSTEMS, INC. d/b/a I.R.I.S. INC.
*and*

*Attorneys for Defendants in Case No. C 08-04227*
IMAGE RECOGNITION INTEGRATED SYSTEMS INC. d/b/a I.R.I.S. INC.,
IMAGE RECOGNITION INTEGRATED SYSTEMS S.A. d/b/a I.R.I.S. S.A., and
IMAGE RECOGNITION INTEGRATED SYSTEMS GROUP S.A. d/b/a I.R.I.S. GROUP S.A.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 6___, 2010

_____
**UNITED STATES DISTRICT JUDGE
MARIA-ELENA JAMES**

3

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X**

I, Daisy S. Poon, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

Dated: July 2, 2010

By: /s/ _____
        Daisy S. Poon

4