RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG, State Bar No. 198656
msong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone:     (512) 338.5400
Facsimile:      (512) 338.5499

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ECOPY, INC. et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED CASE. | Case No.: C 08-04227 JSW-MEJ<br>Consolidated With Case No.: C 08-04942 JSW-MEJ<br><br><br>**JOINT STIPULATION REGARDING SCHEDULE AND [~~PROPOSED~~] ORDER** |

Pursuant to the Court's Order of July 2, 2010, and upon a phone conference of July 13, 2010 with Special Master Addy, IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval, that the following schedule of deadlines up to Markman

1

shall apply in this case:

| Events | Date |
|---|---|
| Nuance's Amended Infringement Contentions on 9 representative claims from the OCR '009, '342, '489 patents (P.R. 3-1/3-6) | July 23, 2010 |
| Defendants to Provide Amended Invalidity Contentions on 9 representative claims from the OCR Patents '342, '489 and '009, Limiting Prior Art References to 20 References per Defendant, and Providing Additional Claim Charts (P.R. 3-3/3-6) | September 7, 2010 |
| Exchange Proposed Claim Constructions for 9 representative claims from the OCR Patents '342, '489 and '009 (P.R. 4-2) | September 17, 2010 |
| Request for Leave to Designate Additional Terms for Construction for 9 representative claims from the OCR Patents '342, '489 and '009 | October 1, 2010 |
| Joint Claim Construction and Prehearing Statement for 9 representative claims from the OCR Patents '342, '489 and '009 (P.R. 4-3) | October 15, 2010 |
| Complete Claim Construction Discovery for 9 representative claims from the OCR Patents '342, '489 and '009 (P.R. 4-4) | November 16, 2010 |
| Nuance's Opening Brief on Claim Construction for 9 representative claims from the OCR Patents '342, '489 and '009 (P.R. 4-5(a)) | December 1, 2010 |
| Defendants' Opposition Brief for 9 representative claims from the OCR Patents '342, '489 and '009 (P.R. 4-5(b)) | December 15, 2010 |
| Nuance's Reply Brief for 9 representative claims from the OCR Patents '342, '489 and '009 (P.R. 4-5(c)) | December 22, 2010 |
| File Amended Final Joint Claim Construction Statement for Remaining Disputed Terms for 9 representative claims from the OCR Patents '342, '489 and '009 | December 22, 2010 |
| Tutorial Re Technologies At Issue in OCR Patents '342, '489 and '009: | January 26, 2011 |
| *Claim Construction* **Hearing for 9 representative claims from the OCR Patents '342, '489 and '009 (P.R. 4-6)** | **February 2, 2011** |

JOINT STIPULATION REGARDING SCHEDULE AND [PROPOSED] ORDER
Case Nos.: C 08-04227 JSW; C 08-04942 JSW

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: July 16, 2010 | WILSON SONSINI GOODRICH & ROSATI |
| 3 |   |   |
| 4 |  | By: /s/  M. Craig Tyler |
| 5 |  | M. Craig Tyler |

Dated: July 16, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9400
Facsimile:  (650) 565-5100

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.


Dated: July 16, 2010

Michael E. Dergosits
mdergosits@dergnoah.com
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

By: /s/ Ilaria Maggioni

Robert M. Kunstadt (*Pro Hac Vice*)
Ilaria Maggioni (*Pro Hac Vice*)
R. KUNSTADT, P.C.
875 Sixth Avenue, Suite 1800
New York, NY  10001
Telephone: (212) 398-8881
Facsimile: (212) 398-2922

***Attorneys for Plaintiff in Case No. C 08-04942***
IMAGE RECOGNITION INTEGRATED SYSTEMS, INC. d/b/a I.R.I.S. INC.
***and***
***Attorneys for Defendants in Case No. C 08-04227***
IMAGE RECOGNITION INTEGRATED SYSTEMS INC. d/b/a I.R.I.S. INC.,
IMAGE RECOGNITION INTEGRATED SYSTEMS S.A. d/b/a I.R.I.S. S.A., and
IMAGE RECOGNITION INTEGRATED SYSTEMS GROUP S.A. d/b/a I.R.I.S. GROUP S.A.

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 16, 2010

_____
**UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE**

JOINT STIPULATION REGARDING SCHEDULE AND [PROPOSED] ORDER
Case Nos.: C 08-04227 JSW; C 08-04942 JSW