1  RON E. SHULMAN, State Bar No. 178263
   rshulman@wsgr.com
2  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
3  S. MICHAEL SONG State Bar No. 198656
   msong@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7

8  M. CRAIG TYLER (*Pro Hac Vice*)
   ctyler@wsgr.com
9  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
10 900 South Capital of Texas Highway
   Las Cimas IV, Fifth Floor
11 Austin, Texas 78746-5546
   Telephone:    (512) 338.5400
12 Facsimile:     (512) 338.5499

13 Attorneys for Plaintiff in Case No. C 08-04227
   NUANCE COMMUNICATIONS, INC.
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18 NUANCE COMMUNICATIONS, INC.,      )  Case No.: C 08-04227 JSW MEJ
                                     )  Consolidated with Case No.: C 08-04942 JSW MEJ
19              Plaintiff,           )
                                     )  [PROPOSED] ORDER GRANTING NUANCE
20       v.                          )  COMMUNICATIONS, INC.'S MOTION FOR
                                     )  LEAVE TO SUPPLEMENT AND AMEND
21 ECOPY, INC., et al.,              )  INFRINGEMENT CONTENTIONS ON THE
                                     )  NINE REPRESENTATIVE CLAIMS OF U.S.
22              Defendants.          )  PATENT NOS. 5,381,489; 6,038,342; AND
                                     )  5,261,009
23 AND CONSOLIDATED CASE             )
                                     )  Date: ~~August 27, 2010~~
24                                   )  Time: 9:00 a.m.
                                     )  Dept: Courtroom 11, 19th Floor
25                                   )        Hon. Jeffrey S. White

26

27

28
   [PROPOSED] ORDER GRANTING NUANCE'S MOTION                                    4033260_1.DOC
   FOR LEAVE TO SUPPLEMENT AND AMEND
   INFRINGEMENT CONTENTIONS
   CASE NOS. C 08-4227 JSW MEJ; C 08-04942 JSW MEJ

Having considered Nuance Communications, Inc.'s motion for leave to supplement and amend infringement contentions on the nine representative claims of United States Patent Nos. 5,381,489; 6,038,342; and 5,261,009, the papers in support and all other matters presented to the Court and good cause appearing;

IT IS HEREBY ORDERED THAT:

Nuance Communications, Inc.'s motion for leave to supplement and amend infringement contentions on the nine representative claims of United States Patent Nos. 5,381,489; 6,038,342; and 5,261,009 is GRANTED.

Dated: August 10, 2010

_____
The Honorable Jeffrey S. White
United States District Court Judge

Presented by:

WILSON SONSINI GOODRICH & ROSATI

 /s/ M. Craig Tyler
M. Craig Tyler

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.