UNITED STATES DISTRICT COURT

Northern District of California

NUANCE COMMUNICATIONS, INC.,

                Plaintiff,

  v.

ECOPY, INC.,

                Defendants.
_____/

No. C 08-4227 JSW (MEJ)
Consolidated with C 08-4942 JSW (MEJ)

**ORDER RE: SEPTEMBER 23, 2010 JOINT LETTER (DKT. #208)**

On September 23, 2010, the parties submitted a joint discovery dispute letter, (Dkt. #208), regarding the undersigned's August 4, 2009 Order, which limited discovery to issues surrounding claim construction until after Judge White issued his Order construing disputed claims (Dkt. #115). In the present letter, Plaintiff now seeks an order permitting the parties to proceed with full discovery, stating that Judge White's rulings at the July 2, 2010 case management conference necessitates modification of the Court's previous order. At the CMC, Judge White ordered that the Markman hearing take place on February 2, 2011, and that following his claim construction order, there will be a post-Markman CMC, (RT 8:2-3, 40:10-12, Dkt. #199). At the CMC, counsel for Plaintiff expressed concern about having no opportunity to conduct discovery as to liability and damages; however, Judge White stated that Plaintiff would have the opportunity to "litigate every appropriate issue in the case" and indicated that the propriety of full discovery would be revisited at the post-Markman CMC. (RT 38:16-40:12, Dkt. #199.)

Accordingly, based upon the clear intention of Judge White, the Court DENIES Plaintiff's request to modify its August 4, 2009 order. Plaintiff will have the opportunity to conduct discovery as to liability and damages following Judge White's claim construction order, if appropriate.

**IT IS SO ORDERED.**

Dated: September 28, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge