1  RON E. SHULMAN, State Bar No. 178263
   rshulman@wsgr.com
2  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
3  S. MICHAEL SONG State Bar No. 198656
   msong@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7
   M. CRAIG TYLER (*Pro Hac Vice*)
8  ctyler@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   900 South Capital of Texas Highway
10 Las Cimas IV, Fifth Floor
   Austin, Texas 78746-5546
11 Telephone:     (512) 338.5400
   Facsimile:     (512) 338.5499
12
   Attorneys for Plaintiff in Case No. C 08-04227
13 NUANCE COMMUNICATIONS, INC.

14 [Additional Counsel on Signature Page]

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18 | NUANCE COMMUNICATIONS, INC.,  )  Case No.: C 08-04227 JSW MEJ
                                   )  Consolidated with Case No.: C 08-04942 JSW MEJ
19 |         Plaintiff,             )
                                   )  **JOINT STIPULATION AND [PROPOSED]**
20 |    v.                          )  **ORDER EXTENDING TIME BY ONE WEEK**
                                   )  **IN WHICH TO REQUEST LEAVE TO**
21 | ECOPY, INC., et al.,           )  **DESIGNATE ADDITIONAL TERMS FOR**
                                   )  **CONSTRUCTION**
22 |         Defendants.            )
                                   )
23 | AND CONSOLIDATED CASE          )
                                   )
24                                   )
                                   )
25 |_____)

26

27

28

STIPULATION & [PROPOSED] ORDER                      Stipulation  Proposed Order re Extension of Time for Addition
CASE NOS. C 08-4227 JSW MEJ; C 08-04942 JSW MEJ                          of Terms_(PALIB1_4122731_1).DOC

1  On July 16, 2010, the Court entered an order requiring that the parties file a motion
2 requesting leave to designate more than ten terms for construction no later than October 1, 2010.
3 To this end, the parties have met and conferred for the purpose of limiting the disputed terms to
4 no more than ten terms. The parties have made progress. Twelve terms and phrases, however,
5 are still disputed.

6  The parties believe that if they had an additional week they could possibly reach
7 consensus on no more than ten terms and phrases to designate for the Court to construe at the
8 *Markman* hearing scheduled for February 2, 2011.

9  Now, therefore, pursuant to Civil LR 6-2 and subject to the Court's approval, Nuance
10 Communications, Inc., on the one hand, and Image Recognition Integrated Systems Inc. d/b/a
11 I.R.I.S. Inc., Image Recognition Integrated Systems S.A. d/b/a I.R.I.S. S.A., and Image
12 Recognition Integrated Systems Group S.A. d/b/a I.R.I.S. Group S.A. (collectively, "I.R.I.S."), on
13 the other hand, hereby stipulate and agree that a party shall move for leave to designate more than
14 ten terms and phrases for the Court to construe no later than October 8, 2010.

15  This is the first extension requested for this deadline. The extension will not materially
16 impact the *Markman* or case schedule.

17  This stipulation is made in good faith and without any intent to cause delay or prejudice.
18 This stipulation is made to allow the parties to continue to work in good faith for the purpose of
19 agreeing on no more than ten terms and phrases for the Court to construe. Thus, the parties
20 respectfully request that the Court grant this one week extension based on the good cause showing
21 made here.

22 Dated: September 30, 2010     WILSON SONSINI GOODRICH & ROSATI

23                By: /s/
                   M. Craig Tyler
24                WILSON SONSINI GOODRICH & ROSATI
                  Professional Corporation
25                900 South Capital of Texas Highway
                  Las Cimas IV, Fifth Floor
26                Austin, Texas 78746-5546
                  Telephone: (512) 338.5400
27                Facsimile: (512) 338.5499

28                Attorneys for Plaintiff

STIPULATION & [PROPOSED] ORDER          -1-     Stipulation Proposed Order re Extension of Time for Addition
CASE NOS. C 08-4227 JSW MEJ; C 08-04942 JSW MEJ        of Terms_(PALIB1_4122731_1).DOC

NUANCE COMMUNICATIONS, INC.

Dated: October 1, 2010

Michael E. Dergosits
mdergosits@dergnoah.com
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

By: /s/
    Ilaria Maggioni

Robert M. Kunstadt (*Pro Hac Vice*)
Ilaria Maggioni (*Pro Hac Vice*)
R. KUNSTADT, P.C.
875 Sixth Avenue, Suite 1800
New York, NY 10001
Telephone: (212) 398-8881
Facsimile: (212) 398-2922

***Attorneys for Plaintiff in Case No. C 08-04942***
IMAGE RECOGNITION INTEGRATED
SYSTEMS, INC. d/b/a I.R.I.S. INC.
*and*
***Attorneys for Defendants in Case No. C 08-04227***
IMAGE RECOGNITION INTEGRATED
SYSTEMS INC. d/b/a I.R.I.S. INC.,
IMAGE RECOGNITION INTEGRATED
SYSTEMS S.A. d/b/a I.R.I.S. S.A., and
IMAGE RECOGNITION INTEGRATED
SYSTEMS GROUP S.A. d/b/a I.R.I.S. GROUP S.A.

**ORDER**

**Pursuant to stipulation, it is so ordered.**

Dated: October 1, 2010

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Judge

STIPULATION & [PROPOSED] ORDER
CASE NOS. C 08-4227 JSW MEJ; C 08-04942 JSW MEJ
-2-
Stipulation Proposed Order re Extension of Time for Addition of Terms_(PALIB1_4122731_1).DOC