1  RON E. SHULMAN, State Bar No. 178263
   rshulman@wsgr.com
2  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
3  S. MICHAEL SONG, State Bar No. 198656
   msong@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
7
   M. CRAIG TYLER (*Pro hac Vice*)
8  ctyler@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   900 South Capital of Texas Highway
10 Las Cimas IV, Fifth Floor
   Austin, TX 78746-5546
11 Telephone: (512) 338-5400
   Facsimile: (512) 338-5499
12
   Attorneys for Plaintiff
13 NUANCE COMMUNICATIONS, INC.

14 [Additional Counsel on Signature Page}

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., | Case No.: C-08-04227-JSW-MEJ |
| Plaintiff, | Consolidated With |
| v. | Case No.: C-08-04942-JSE-MEJ |
| ECOPY, INC. et al, | **AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| Defendant. | |
| AND CONSOLIDATED CASE. | |

-1-

**AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**(Case Nos.: C 08-04227 JSW; C 08-04942 JSW)**

4230555_1.DOCX

1       Subject to Court's approval, the parties hereby stipulate to amend their selection of ADR mediator and date (which was approved by Court Order dated July 2, 2009; Dkt No. 99) since the originally selected mediator, Antonio Piazza, Esq., is not available in San Francisco at the time ordered by the Court for the ADR mediation session.

      The parties met and conferred and agreed to appoint a new mediator, George L. Graff, Esq. The parties agree to jointly participate in the following ADR process:

**Private Process:**

Private ADR process of mediation by mediator George L. Graff, Esq.

      The parties agree to hold an ADR session after issuance of the Court's Markman decision, as soon thereafter as Mr. Graff's and the parties' schedules allow.

      This Amended Stipulation and [Proposed] Order Selecting ADR Process supersedes the Stipulation and [Proposed] Order Selecting ADR Process previously submitted by the parties on July 2, 2009.

-2-
**AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**(Case Nos.: C 08-04227 JSW; C 08-04942 JSW)**

| | | |
|---|---|---|
| 1 | Dated: January 14, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | By: /s/ M. Craig Tyler<br>WILSON SONSINI GOODRICH & ROSATI |
| 4 | | Professional Corporation<br>900 South Capital of Texas Highway |
| 5 | | Las Cimas IV, Fifth Floor<br>Austin, Texas 78746-5546 |
| 6 | | Telephone:   (512) 338.5400<br>Facsimile:    (512) 338.5499 |
| 7 | | Email: ctyler@wsgr.com |
| 8 | | *Attorneys for Plaintiff*<br>NUANCE COMMUNICATIONS, INC. |
| 9 | DATED: January 14, 2010 | Michael E. Dergosits<br>mdergosits@dergnoah.com |
| 10 | | **DERGOSITS & NOAH LLP**<br>Three Embarcadero Center, Suite 410 |
| 11 | | San Francisco, CA 94111<br>Telephone: (415) 705-6377 |
| 12 | | Facsimile: (415) 705-6383<br>Email: mdergosits@dergnoah.com |
| 13 | | |
| 14 | | By: /s/ Robert M. Kunstadt<br>Robert M. Kunstadt (*Pro Hac Vice*) |
| 15 | | Ilaria Maggioni (*Pro Hac Vice*)<br>**R. KUNSTADT, P.C.** |
| 16 | | 875 Sixth Avenue, Suite 1800<br>New York, NY  10001 |
| 17 | | Telephone: (212) 398-8881<br>Facsimile: (212) 398-2922 |
| 18 | | Email: Mail@RKunstadtPC.com |
| 19 | | *Attorneys for Plaintiff in Case No. C 08-04942* |
| 20 | | IMAGE RECOGNITION INTEGRATED SYSTEMS, INC. d/b/a I.R.I.S. INC.<br>*and* |
| 21 | | *Attorneys for Defendants in Case No. C 08-04227* |
| 22 | | IMAGE RECOGNITION INTEGRATED SYSTEMS INC. d/b/a I.R.I.S. INC., |
| 23 | | IMAGE RECOGNITION INTEGRATED SYSTEMS S.A. d/b/a I.R.I.S. S.A., and |
| 24 | | IMAGE RECOGNITION INTEGRATED SYSTEMS GROUP S.A. d/b/a I.R.I.S. |
| 25 | | GROUP S.A. |
| 26 | | |
| 27 | | |
| 28 | | |

**AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**(Case Nos.: C 08-04227 JSW; C 08-04942 JSW)**

1 **[PROPOSED] ORDER**

3      The captioned matter cases are hereby referred to Private ADR. The ADR session is to be held after issuance of the Court's Markman decision, as soon thereafter as Mr. Graff's and the parties' schedules allow.

7  DATED: ____January 14, 2011_____

  _____
  UNITED STATES DISTRICT JUDGE
  JEFFREY S. WHITE

-4-
**AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
(Case Nos.: C 08-04227 JSW; C 08-04942 JSW)