1    Michael E. Dergosits, State Bar No. 118206
     **DERGOSITS & NOAH LLP**
2    Three Embarcadero Center, Suite 410
     San Francisco, CA 94111
3    Telephone: (415) 705-6377
     Facsimile: (415) 705-6383
4    Email: mdergosits@dergnoah.com

5    Robert M. Kunstadt (*Pro Hac Vice*)
     Ilaria Maggioni (*Pro Hac Vice*)
6    **R. KUNSTADT, P.C.**
     875 Sixth Avenue, Suite 1800
7    New York, NY 10001
     Telephone: (212) 398-8881
8    Facsimile: (212) 398-2922
     Email: Mail@RKunstadtPC.com

9

     ***Attorneys for Plaintiff in Case No. C 08-04942***
10   IMAGE RECOGNITION INTEGRATED
     SYSTEMS, INC. d/b/a I.R.I.S. INC.
11   *and*
     ***Attorneys for Defendants in Case No. 08-04227***
12   IMAGE RECOGNITION INTEGRATED
     SYSTEMS INC. d/b/a I.R.I.S. INC.,
13   IMAGE RECOGNITION INTEGRATED
     SYSTEMS S.A. d/b/a I.R.I.S. S.A., and
14   IMAGE RECOGNITION INTEGRATED
     SYSTEMS GROUP S.A. d/b/a I.R.I.S. GROUP S.A.

15

16   [Additional Counsel on Signature Page]

17             UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                SAN FRANCISCO DIVISION

20   NUANCE COMMUNICATIONS, INC.,      Case No.: C 08-04227 JSW
                                   Consolidated With Case No.: C 08-04942 JSW
21            Plaintiff,

22                         **JOINT STIPULATION AND ~~[PROPOSED]~~**
       v.                        **ORDER DISMISSING ALL CLAIMS**
23                         **WITHOUT PREJUDICE**
     ECOPY, INC. et al.,
24

           Defendants.
25

     AND CONSOLIDATED CASE.
26

27

28

                                      1

It is hereby stipulated by and between the parties that the above-captioned actions, including all claims, counterclaims, and affirmative defenses thereto, of whatever kind or nature whatsoever, are hereby dismissed WITHOUT PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and with each party to bear its own attorneys' fees and costs.


Dated:  April 18, 2011                    WILSON SONSINI GOODRICH & ROSATI


                                          By: */s/ M. Craig Tyler*
                                               M. Craig Tyler

                                          WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation
                                          900 South Capital of Texas Highway
                                          Las Cimas IV, Fifth Floor
                                          Austin, Texas 78746-5546
                                          Telephone:   (512) 338.5400
                                          Facsimile:    (512) 338.5499

                                          Attorneys for Plaintiff
                                          NUANCE COMMUNICATIONS, INC.


Dated: April 18, 2011                     Michael E. Dergosits
                                          mdergosits@dergnoah.com
                                          DERGOSITS & NOAH LLP
                                          Three Embarcadero Center, Suite 410
                                          San Francisco, CA 94111
                                          Telephone: (415) 705-6377
                                          Facsimile: (415) 705-6383

                                          By: */s/Ilaria Maggioni*
                                          Robert M. Kunstadt (*Pro Hac Vice*)
                                          Ilaria Maggioni (*Pro Hac Vice*)
                                          R. KUNSTADT, P.C.
                                          875 Sixth Avenue, Suite 1800
                                          New York, NY  10001
                                          Telephone: (212) 398-8881
                                          Facsimile: (212) 398-2922

                                          ***Attorneys for Plaintiff in Case No. C 08-04942***
                                          IMAGE RECOGNITION INTEGRATED
                                          SYSTEMS, INC. d/b/a I.R.I.S. INC.
                                          ***and***

2

*Attorneys for Defendants in Case No. C 08-04227*
IMAGE RECOGNITION INTEGRATED
SYSTEMS INC. d/b/a I.R.I.S. INC.,
IMAGE RECOGNITION INTEGRATED
SYSTEMS S.A. d/b/a I.R.I.S. S.A., and
IMAGE RECOGNITION INTEGRATED
SYSTEMS GROUP S.A. d/b/a I.R.I.S. GROUP S.A.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____April 18, 2011_____    _____

UNITED STATES DISTRICT JUDGE

JEFFREY S. WHITE

3

Joint Stipulation and [Proposed] Order Dismissing All Claims Without Prejudice:
Case Nos.: C 08-04227 JSW; C 08-04942 JSW